1:22mj9 GRJ

CRIMINAL COMPLAINT AFFIDAVIT

I, Abnel O. Valle, being a duly sworn and appointed Deportation Officer for the Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), hereby make the following statement in support of the attached criminal complaint.

1. Your affiant has been a Deportation Officer for ICE since 2016 and before that was a Border Patrol Agent since 2009. Your affiant has training and experience in the enforcement of the immigration and nationality laws of the United States. In addition, your affiant has training and experience in the preparation, presentation, and service of criminal complaints and arrest warrants.

2. On August 26, 2021, Jacksonville ICE ERO received electronic correspondence from Alachua County Jail informing that an individual identified as Moises RAMIREZ- Perez had been booked into the Alachua County jail, in Gainesville, FL, in the Northern District of Florida. According to the information provided by the Alachua County jail, during the booking process RAMIREZ- Perez had stated that he was born in Mexico on May 3, 1999. Deportation Officer Baez ran immigration database checks using the information provided by the Alachua County jail and the information matched an individual named Moises RAMIREZ- Perez, a citizen of Mexico with a date of birth of May 3, 1999, who had been previously deported from the United States. An ICE ERO

detainer for RAMIREZ- Perez was lodged with the Alachua County jail on August 26, 2021.

3. On January 20, 2021, the Alachua County jail notified Jacksonville ICE ERO that the local charges for RAMIREZ- Perez were resolved and that he is ready to be picked up on the ICE detainer. On January 21, 2021, RAMIREZ- Perez was administratively arrested and transported to the Jacksonville ICE office in Jacksonville, Florida for administrative processing. During processing, Deportation Officer L. Baez entered RAMIREZ- Perez fingerprints into a biometric identification system that compared his fingerprints with the fingerprints of individuals who had been entered into the database after having been encountered by immigration authorities. The system returned a match and reflected that RAMIREZ- Perez had been previously encountered and had been assigned an Alien Registration number ("A-number"). Deportation Officer L. Baez then conducted additional ICE computer checks using the A-number and the records reflected that RAMIREZ- Perez is a citizen of Mexico who has been previously deported or removed from the United States to Mexico on one occasion.

4. On January 25, 2022, your affiant reviewed documents from the consolidated Alien Registration file ("A-file") for RAMIREZ-Perez. An A-file is a central file maintained by immigration agencies that contains documents related

to the interactions and encounters of United States immigration authorities with an alien. Documents in the A-file confirmed that RAMIREZ-Perez was previously deported or removed from the United States to Mexico on one occasion: on October 22, 2020, through Miami, Florida. The A-file contained no record that RAMIREZ-Perez had ever applied for or received permission from the Attorney General or the Secretary of the Department of Homeland Security for the United States to re-enter the United States since the time of his last deportation or removal.

5. ICE ERO Deportation Officer M. Nunez conducted a sworn interview of RAMIREZ-Perez on January 24, 2022. After waiving his rights, RAMIREZ-Perez admitted that he is a Mexican citizen who was born in Mexico; that he last entered the United States by crossing without permission at an unknown port around two years ago, sometime in 2020; that he was previously removed from the United States; and that he did not ask for permission to re-enter the United States.

7. Based upon the foregoing facts, your affiant believes there is probable cause to establish that Moises RAMIREZ-Perez is a citizen of Mexico who has been found unlawfully present in the United States without first having obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security for the United States to apply for admission to or re-enter

3

the United States after having been deported or removed from the United States, in violation of Title 8, United States Code, Sections 1326(a).

_____
Abnel O. Valle, Deportation Officer
U.S. Immigration and Customs Enforcement
Jacksonville, Florida